UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:04CR211-Mu |
| ) | |
| RALPH E. McCORMICK, ) | |
|     Defendant. ) | |

### ORDER

_____The imposition of the sentence of imprisonment is stayed pending the defendant's appeal to the United States Court of Appeals for the Fourth Circuit.

Signed: March 30, 2006

_____
Graham C. Mullen
United States District Judge