IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CR211

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RALPH E. McCORMICK ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** upon Defendant's Letter Motion to Delay Reporting Date (doc. 42).

This motion is **DENIED.** Accordingly, Defendant must report to the Federal Correctional Institution in Edgefield, South Carolina on April 16, 2007. The Clerk's office is directed to notify the Bureau of Prisons of this Order.

So ordered.

Signed: April 13, 2007

Graham C. Mullen
United States District Judge