IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:04CR211 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| RALPH EUGENE MCCORMICK. ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and ING DIRECT.:

A judgment was entered on November 1, 2005, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Ralph Eugene McCormick, whose last known address is XXXXXXXXXXXXX, Charlotte, NC 28204, in the sum of $1,955,400.00. The balance on the account as of February 17, 2011, is $1,949,713.85.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and ING Direct is commanded to **turn over property** in which the defendant, Ralph Eugene McCormick, has a substantial nonexempt interest, the said property being funds located in ING Direct accounts including, but not limited to, any Individual Retirement Accounts (IRAs), in the name of Ralph Eugene McCormick, aka/Ralph McCormick, at the following address: ING Direct, 802 Delaware Ave, Wilmington, DE 19801.

Signed: February 28, 2011

Graham C. Mullen
United States District Judge